13670.   SANDERS v. DAVIS, agent.

BLOODWORTH, J.   When all the evidence in the record is considered, it shows that a verdict for the defendant was the only one that could legally be found;  and the trial judge did not err in directing such a verdict.

Judgment affirmed.  Broyles, C. J., and Luke, J., concur.

DECIDED OCTOBER 3, 1922.

Action for damages; from city court of Elberton — Judge Sloan presiding.  May 13, 1922.

Howard B. Payne, for plaintiff.

John B. Gamble, Z. B. Rogers, for defendant.

---

13238.   CRAFT & MORRIS v. WATSON.

BLOODWORTH, J.   None of the special grounds of the motion for a new trial shows reversible error;  there is evidence to support the verdict, and the trial judge did not err in overruling the motion for a new trial.

Judgment affirmed.  Broyles, C. J., and Luke, J., concur.

DECIDED OCTOBER 5, 1922.

Complaint; from city court of Nashville — Judge W. R. Smith. December 30, 1921.

R. A. Hendricks, for plaintiffs in error.  W. D. Buie, contra.